UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS J. PAULSON,

                Plaintiff,

    v.

THE CITY OF EDMONDS WA,

                Defendant.

CASE NO. C17-870-RAJ

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

       Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**.  Plaintiff

may proceed without prepayment of costs or fees or the necessity of giving security therefore.

       The Clerk is directed to send a copy of this Order to plaintiff.

       DATED this 9th day of June, 2017.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge